# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv- 62647-WJZ

AVIYAWNA MICHAEL**,**

    Plaintiff,

v.

PHOENIX FINANCIAL SERVICES, LLC

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Phoenix Financial Services, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone:   (813) 890-2472
Facsimile:   (866) 466-3140

mschuette@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Phoenix Financial Services, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of December 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiffs' counsel as described below. Parties may access this filing through the Court's system.

| | |
|---|---|
| Jibrael S. Hindi, Esq. | Thomas J. Patti, Esq. |
| The Law Offices of Jibrael S. Hindi | Thomas-John Law, P.A. |
| 110 SE 6th Street, Suite 1744 | 110 SE 6th Street, Suite 1700 |
| Fort Lauderdale, FL 33301 | Fort Lauderdale, FL 33301 |

*/s/ Michael P. Schuette*
Attorney