UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16cv62647

AVIYAWNA MICHAEL,

     Plaintiff,

v.

PHOENIX FINANCIAL SERVICES, LLC.,

     Defendant.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

AVIYAWNA MICHAEL (the "**Plaintiff**") and PHOENIX FINANCIAL SERVICES, LLC. (the "**Defendant**"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file their Joint Stipulation of Voluntary Dismissal with Prejudice of this action.  Each party is to bear their own attorneys' fees and costs.  All parties have reviewed this stipulation.

Respectfully submitted this 3rd day of January, 2017.

| | |
|---|---|
| THE LAW OFFICES OF JIBRAEL S. HINDI | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| 110 SE 6th Street, Suite 1744 | 3350 Buschwood Park Drive, Suite 195 |
| Fort Lauderdale, FL 33301 | Tampa, FL 33618 |
| Telephone: 954.907.1136 | Telephone:   (813) 890-2472 |
| Facsimile: 855.529.9540 | Facsimile:   (866) 466-3140 |
| | |
| /s/ Jibrael Hindi | /s/ *Michael P. Schuette* |
| Jibrael S. Hindi | Michael P. Schuette |
| Florida Bar Number 118259 | Florida Bar No. 0106181 |
| jibrael@jibraellaw.com | mschuette@sessions.legal |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2017 I caused the foregoing to be

electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice

of electronic filing to counsel of record.

/s/ Jibrael S. Hindi_____
Jibrael S. Hindi, Esq.
Florida Bar No.118259
E-mail: jibrael@jibraellaw.com