UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62647-CIV-ZLOCH

AVIYAWNA MICHAEL,

     Plaintiff,          **FINAL ORDER OF DISMISSAL**

vs.

PHOENIX FINANCIAL SERVICES, LLC,

     Defendant.

_____/

    THIS MATTER is before the Court upon the Joint Stipulation Of Voluntary Dismissal With Prejudice (DE 12) filed herein by both Parties.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Joint Stipulation Of Voluntary Dismissal With Prejudice (DE 12) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___5th___ day of January, 2017.



WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record